# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: <br> **STEPHANIE LORAINE GARCIA MONTANEZ** <br> **xxx–xx–0704** <br> Debtor(s) | Case No. **20–01036 ESL** <br> Chapter **13** <br> FILED & ENTERED ON 6/4/24 |

*ORDER*

The motion filed by Debtor requesting extension of time of 30 days to reply to Trustee's motion requesting entry of order to compel (docket #77) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 4, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge